IN RE: Joel LENAMON, Debtor

Joel Lenamon, Appellant

v.

**Morris Family Trust Partnership, Appellee**

No. 16-10341

United States Court of Appeals, Fifth Circuit.

Date Filed: 12/12/2016

Charles R. Chesnutt, Sr., Dallas, TX, for Appellant

Franklin W. Cram, Mansfield, TX, for Appellee

Before JONES, BARKSDALE, and COSTA, Circuit Judges.

PER CURIAM: *

This appeal has been considered in the light of the briefs and pertinent parts of the record. Based upon that review, the district court's order remanding this matter to the bankruptcy court for further proceedings, *Lenamon v. Morris Family P'ship*, Civ. Action No. 4:15-CV-570-Y, Doc. 13 (N. D. Tex. 1 March 2016), does not meet the criteria for "final judgments,

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

orders, or decrees", 28 U.S.C. § 158(d), as required for an appeal to this court. *E.g.*, *In re Yazoo Pipeline Co., L.P.*, 746 F.3d 211, 214–15 (5th Cir. 2014).

Accordingly, this appeal is DISMISSED for lack of jurisdiction.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.